UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PANNUCCI,<br><br>        Plaintiff,<br><br>v.<br><br>ECHELON CORPORATION, et al.,<br><br>        Defendant. | 18-cv-05004-VC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 9 |

On November 19, 2018, the Court granted the stipulated motion for voluntary dismissal of the plaintiff's claims with prejudice and the claims of the unnamed members of the putative class without prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment accordingly. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 19, 2018

VINCE CHHABRIA
United States District Judge